IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-23-FL-1
NO. 5:15-CR-23-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ARMANDO FARIAS | ) |
| BRUCE ALAN SMITH, JR. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 4, 2015 and November 2, 2016, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 841, and based on the evidence presented by the government therein, the following property was forfeited to the United States, to wit:

- United States currency in the amount of $68,000.00,
- United States currency in the amount of $4,000.00,
- United States currency in the amount of $415.00,
- United States currency in the amount of $15,710.00,
- United States currency in the amount of $22,830.00,
- Ruger, model 44 mag, bearing serial number 82-46327,
- Rossi, model M971, .357 caliber handgun, bearing serial number F113878,
- Colt, 38 caliber handgun, bearing serial number C47855,
- Olympic Arms, model AR-15, 223 caliber rifle, bearing serial number TB 2996,

1

- Norinco, model Mak-90 Sporter, 762 caliber rifle, bearing serial number 9451379,

- H&R, model 865, 22 caliber rifle, serial number unknown,

- Marlin, 22 caliber rifle, bearing serial number 05095313,

- Henry, 22 caliber rifle, bearing serial number GB245699,

- Zastava, AK-47, 762 caliber rifle, bearing serial number M70AB21739,

- Winchester, model 22 short-long, bearing serial number 642557,

- Remington, model 700, 270 caliber rifle, bearing serial number C6430809,

- Remington, model 700, 7mm caliber rifle, bearing serial number C6605845,

- Wasr, model 10/63, 762 caliber rifle, bearing serial number 1970CO1579,
- US Carbine, 30 caliber rifle, bearing serial number 28177,

- Marlin, model 25 MN, 22 caliber rifle, bearing serial number 98611199,

- Ruger, model 10/22, 22 caliber rifle, bearing serial number 257-11925,

- Charles Daly, 12 gauge shotgun, bearing serial number 3121543,

- Magtech, 12 gauge shotgun, bearing serial number 97724,

- Revelation, model 350, bearing serial number P686499,

- Remington, model 1100, 12 gauge shotgun, bearing serial number M710004V,

- Stevens, model 67, 410 gauge shotgun, bearing serial

number D209686,

- Mossberg, model 67, 410 gauge shotgun, bearing serial number P924468,

- Sears, 12 gauge shotgun, bearing serial number 2909101,

- Savage, Model B, 12 gauge shotgun, serial number unknown,

- Stevens, model 5100, 12 gauge shotgun, serial number unknown,

- Stevens, model 530A, 12 gauge shotgun, serial number unknown, and

- Sportsman, model Magnum, 12 gauge shotgun, bearing serial number W383858M;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between November 8, 2016 and December 7, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on Jessica Prince, via certified mail return receipt at her last known address on November 9, 2016, by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on Providence Bank, via certified mail return receipt on November 9, 2016, by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on Armando Farias-Valdovinos, via certified mail return receipt on approximately November 14, 2016, by an agent of the U. S. Postal Service;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's November 4, 2015 and November 2, 2016 Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, the United States has advised that the subject $415.00 is not in federal custody and is, therefore, released from this criminal forfeiture action.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject currency and personal property listed in the November 4, 2015 and November 2, 2016 Preliminary Orders of Forfeiture, with the exception of the $415.00 in U. S. currency, are hereby forfeited to the United States. That the United States Department of Justice or the United States Department of Treasury is directed to dispose of the property according to law, including destruction. All right, title, and

interest in this property shall vest in the United States as of the date of commission of the offense committed by the defendants which rendered it subject to forfeiture.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 20th day of April, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE